UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**  Case No.: 1:23-cr-00045-TNM-2

    Plaintiff,
-vs-

**JOHN EDWARD CROWLEY,**

    Defendant.
_____/

## RESPONSE TO GOVERNMENT'S MOTIONS IN LIMINE

1. On August 28, 2023, the Government filed two motions in limine regarding cross examination of specific evidence in the Government's case. (Docket #84-85)

2. The Defendant agrees to abide by the motions to the extent that the door is not opened to specific questions that might be necessary to provide the Defendant with a fair trial.

3. Should such an issue arise the Defendant will notify the Court of this change in circumstance and provide the specific grounds they believe might make such evidence necessary. The Defendant does not to object to an *in camera* review should such an issue arise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 13, 2023, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:  Assistant United States Attorney.

*/s/Joseph C. Flynn*
Joseph C. Flynn, Esquire
Florida Bar Number 47027
Attorney for Defendant
**NeJame Law, P.A.**
189 South Orange Avenue, Suite 1800
Orlando, Florida 32801
Telephone:  (407) 500-0000
Facsimile:  (407) 802-1436
E-mail: trey@nejamelaw.com