UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 23-cr-45-TNM |
| v. : | |
| : | |
| JOHN EDWARD CROWLEY, : | |
| : | |
| Defendant. : | |

### SECOND SET OF STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, John Edward Crowley, with the concurrence of his attorney(s), agree and stipulate to the following:

### *Mr. Crowley's Phone*

1. As part of this case, the Federal Bureau of Investigation ("FBI") legally obtained Defendant John Edward Crowley's cell phone and performed a download of its contents. The FBI maintained proper chain of custody for the defendant's cell phone, and the data recovered from his cell phone, throughout the pendency of this case. The FBI employed proper and reliable techniques to extract the data from the defendant's cell phone. The defendant's cell phone number was: +1 (XXX) XXX-0488. The defendant's Telegram handle was: 1429322663 Palm Fronds FL- Central Florida AO Lead. Exhibits offered by either party from the cell phone exchanged in discovery are accurate and authentic copies of digital content extracted from the defendant's cell phone.

### *Mr. Crowley's Social Media*

2. As part of this case, the Federal Bureau of Investigation ("FBI") has found that the defendant had an Instagram account before, on, and after January 6, 2021 as:

eddiepalmfronds (Instagram)

Exhibits offered by either party from the scoped Instagram returns exchanged in discovery are Instagram posts, comments, and messages, that were obtained through legal process and are authentic, accurate, and exact copies of data received from Instagram for the Instagram account: eddiepalmfronds, which is an Instagram account used by the defendant, John Edward Crowley.

### *The CAST Report*

3. The CAST Report will be admitted into evidence at trial without objection.

Respectfully submitted,

FOR THE UNITED STATES

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

/s/ Holly Grosshans

Holly F. Grosshans
Assistant United States Attorney
D.C. Bar No. 90000361
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-6737
Email: Holly.Grosshans@usdoj.gov

/s/ Joshua Ontell

Joshua Ontell
Assistant United States Attorney
VA Bar No. 92444

601 D Street, N.W.
Washington, DC 20530
(202) 252-7706
Joshua.ontell@usdoj.gov

FOR THE DEFENDANT

_____
Joseph Flynn, Esq.
NeJame Law
189 South Orange Avenue Suite 1800
Orlando, FL 32801
Tel: 407-500-0000
Email: trey@nejamelaw.com

_____
Michael LaFay, Esq.
NeJame Law
189 South Orange Avenue Suite 1800
Orlando, FL 32801
Tel: 407-500-0000
Email: lafaym@nejamelaw.com