### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    **Case No.: 23-cr-45-TNM** |
| **v.** | : |
| | : |
| **JOHN EDWARD CROWLEY,** | : |
| | : |
| **Defendant.** | : |

### FIFTH SET OF STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, JOHN EDWARD CROWLEY, and with the concurrence of his attorneys, agree and stipulate to the following:

#### *Stipulated Testimony of Inspector Lanelle Hawa*

Inspector Lanelle Hawa from the United States Secret Service would testify that on January 6, 2021, she was employed by the Secret Service in the Liaison Division, as the liaison agent or the site agent for the Vice President (V.P.) of the United States, Michael Pence. She would testify that on January 6, 2021, V.P. Pence, Mrs. Pence, and their daughter Charlotte, were protectees of the Secret Service, meaning that they are persons that received Secret Service protection. On January 6, 2021, from approximately 12:30 p.m., through the early morning hours of January 7, 2021, V.P. Pence, and his family were present at the Capitol and protected by the U.S.S.S. The V.P. and his family were present at the Capitol for the Joint Session of Congress, and so that V.P. Pence could preside over the Certification of the Electoral College vote.

Inspector Hawa would testify that on January 6, 2021, V.P. Pence and his family arrived at the U.S. Capitol at approximately 12:30 p.m. and proceeded to his ceremonial office on the

second floor of the Senate building, within the U.S. Capitol building. V.P. Pence and his family went to the Senate Chamber at approximately 1:00 p.m. to walk with the Senators to the House Chamber for the Joint Session of Congress and specifically the certification of the Electoral College votes.

Inspector Hawa would testify that during this Joint Session there was an objection and so the Senate left the House Chamber to go back to the Senate Chamber. At approximately the same time, she received notifications that there were security breaches on the west lawn of the U.S. Capitol grounds. V.P Pence and his family were then taken to the V.P.'s ceremonial office in the Senate building.

Inspector Hawa would testify that there were continued breaches of the Capitol grounds and it was a security concern for the Secret Service. Inspector Hawa would further testify that V.P. Pence's ability to preside over the Joint Session of Congress was disrupted by the mob of rioters that entered the United States Capitol building and grounds. She would testify that at a little after 2:00 p.m. the Capitol went into lockdown, which meant the doors were locked and people were not allowed in, and that the certification process had been stopped. She would testify that at approximately 2:25 p.m., V.P. Pence and his family were removed to a secure location, within the U.S. Capitol grounds, specifically between Constitution Avenue to the north of the U.S. Capitol; along Independence Avenue to the south of the Capitol; to the west of the U.S. Capitol along First Street on the eastern side of that street; and, on the east side of the U.S. Capitol, between the Capitol Plaza (East Front) and the grassy areas located between the Plaza and First Street. She would testify that V.P. Pence remained in this secure location for approximately four or five hours. When V.P. Pence was in this secure location, the Electoral College certification process remained stopped.

Inspector Hawa would testify that on the evening of January 6, 2021, V.P. Pence eventually returned back to the Senate Chamber for the continuation of the certification of the Electoral College votes. She remained with V.P. Pence between the time that he evacuated the ceremonial office until he returned back to the Senate Chamber between 7:00 p.m. and 8:00 p.m.

Respectfully submitted,

FOR THE UNITED STATES

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

/s/ Holly Grosshans

Holly F. Grosshans
Assistant United States Attorney
D.C. Bar No. 90000361
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-6737
Email: Holly.Grosshans@usdoj.gov

/s/ Joshua Ontell

Joshua Ontell
Assistant United States Attorney
VA Bar No. 92444
601 D Street, N.W.
Washington, DC 20530
(202) 252-7706
Joshua.ontell@usdoj.gov

/s/ Jake Struebing

Jake Elijah Struebing
Assistant United States Attorney
D.C. Bar No. 1673297
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

Phone: (202) 252-6931
Email: Jake.Struebing@usdoj.gov

FOR THE DEFENDANT

_____
Joseph Flynn, Esq.
NeJame Law
489 South Orange Avenue Suite 1800
Orlando, FL 32801
Tel: 407-500-0000
Email: trey@nejamelaw.com

_____
Michael LaFay, Esq.
NeJame Law
189 South Orange Avenue Suite 1800
Orlando, FL 32801
Tel: 407-500-0000
Email: lafaym@nejamelaw.com