|  | UNITED STATES OF AMERICA |  |
|---|---|---|
| Government  X | VS. |  |
| Plaintiff | EDWARD CROWLEY | Criminal No. 23-CR-45 (TNM) |
| Defendant |  |  |
| Joint |  |  |
| Court |  |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT to the INTO Court JURY (date & time) |
|---|---|---|---|---|---|
|  |  |  |  |  | 10/17/23 |
| | **100 Series – Photographic and Video Evidence** | | | | |
| 101.1-101.3 | CCTV Footage-Tunnel 3:30PM-4:45PM (approximate time range) | | 10/16/2023 | Neville Arthur | |
| 101A.1-101A.4 | CCTV Footage-Tunnel 3:30PM-4:45PM (approximate time range)-annotated versions of CCTV clipped to show where Crowley appears | | 10/16/2023 | George McCree Neville Arthur Henry Foulds | |
| 101A.5 | CCTV Footage-Tunnel 4:08PM-4:09PM zoomed in and annotated footage of CCTV | | 10/16/2023 | | |
| 102.1-102.2 | Body Worn Camera Footage from Tunnel- 3:53PM-4:19PM and 4:03PM-4:18PM (approximate time range) | 10/17/23 | 10/17/23 | Henry Foulds | |
| 102A.1-102A.2 | Body Worn Camera Footage from Tunnel- 3:55PM-3:57PM and 4:03PM-4:09PM (approximate time range); annotated versions of body-worn camera footage and clipped for parts where Crowley appears | 10/17/23 | 10/17/23 | Henry Foulds | |
| 103 | Open-Source Video "Moving into tunnel" | | 10/16/23 | | |
| 103A.1-103A.3 | 3 Open-Source Video clips taken from "Moving into tunnel" synched with CCTV footage: 103A.1 covers 3:57PM; 103A.2 covers 4:16PM-4:18PM; 103A.3 covers 4:19-4:21PM | 10/16/23 103A.2 103A.3 | 10/16/23 103A.2-only 103A.3-only | Neville Arthur | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 104 | Open-Source Video "ABQ"-portion of clip where Crowley appears | | | | |
| 104A | "ABQ" clip synched with clip from "Moving into Tunnel" | | | | |
| 105 | Open-Source Video "Parler-walking to LWT" | 10/16/23 | 10/16/23 | Neville Arthur | |
| 106 | Open-Source Video "Parler-walking to LWT 2" | 10/16/23 | 10/16/23 | Neville Arthur | |
| 107 | Open-Source Video "Rumble" | 10/16/23 | 10/16/23 | Neville Arthur | |
| 108 | Open-Source Video "Dupraw Footage" | 10/16/23 | 10/16/23 | Neville Arthur | |
| 109 | Open-Source Video "Chaos at the Capitol" | 10/16/23 | 10/16/23 | Neville Arthur | |
| 110 | Open-Source Video "Jarrett Robertson" | 10/16/23 | 10/16/23 | Neville Arthur | |
| 111 | CCTV of West Front 4:48PM-4:50PM | 10/16/23 | 10/16/23 | Neville Arthur | |
| 112 | Screenshot from CCTV of West Front at 0:19 elapsed time | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 113.1-113.2 | Screenshots of Open-Source Video of "Chaos at Capitol" at 0:00 and 0:13 elapsed time | | | | |
| 114.1-114.2 | Screenshot of Open-Sorurce Video "Dupraw Footage" at 6:14 and 6:48 elapsed time | | | | |
| 115.1-115.2 | Screenshots from Open-Source Video clips taken from "Moving into tunnel" at 26:06 and 25:47 elapsed time | | | | |
| 116.1-116.2 | Screenshots from Open-Source Video "Parler-walking to LWT 2" at 0:05 and 0:18 elapsed time | | | | |
| 117.1-117.2 | Screenshots from Open-Source Video "Parler-walking to LWT" at 2:18 and 2:21 elapsed time | | | | |
| 118.1 | Side by Side of Tunnel CCV and BWC from 3:55PM to 3:58PM (approximate) | | | | |
| 118A.1 | Side by Side of Tunnel CCV and BWC from 3:55PM to 3:58PM (approximate) with annotation | 10/16/23 | 10/16/23 | Neville Arthur | |
| 119.1 | Side by Side of Tunnel CCV and BWC from 403PM to 409PM (approximate) without annotation | | | | |
| 119A.1 | Side by Side of Tunnel CCV and BWC from 403PM to 409PM (approximate) with annotation | 10/16/23 | 10/16/23 | Neville Arthur | |
| 120 | Open-Source Video "Rally" | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 121 | Crowley DL Photo | 10/16/23 | 10/16/23 | Neville Arthur | |
| 122 | Cropped still from ccv 4.17.53 | 10/16/23 | 10/16/23 | Neville Arthur | |
| 123 | Still from Rumble at 6.49 | | | | |
| 124 | Still from CCV 4.17.53 | | | | |
| 125 | Still walking to LWT 2.20 | | | | |
| 126 | Still walking to LWT 2.21 | | | | |
| 127 | Still walking to LWT 2 at 0.19 | | | | |
| 128 | CCTV Video 306-310 NW steps | 10/16/23 | 10/16/23 | Neville Arthur | |
| | **200 Series – Cellphone and Social Media Evidence** | | | | |
| 200 | AT&T Records and Certificate of Authenticity | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 201 | CAST Report | | | | |
| 202 | Instagram Post and Comment to Post with Certificate of Authenticity | 10/16/23 | 10/16/23 | Neville Arthur | |
| 203.1-203.12 | Phone Messages between Crowley and his partner. | | | | |
| 204.1-204.22 | Phone messages between Crowley and others. | | | | |
| 205 | Exhibits 203 and 204 combined in a more readable and format. | | | | |
| 206 | Redacted version of Exhibit 205 Slides 5-10 | 10/16/23 | 10/16/23 | Neville Arthur | |

\* additional 200 series on last page \*

### 300 Series – Physical Evidence

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|
| 301 | Cellphone | | | | |
| 302 | USA baseball cap | 10/16/23 | 10/16/23 | Neville Arthur | |
| 303 | Black plate carrier/vest and its contents without pouch | 10/16/23 | 10/16/23 | Neville Arthur | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 304 | Tactical belt with medical pouch and their contents | | | | |
| 305 | Tan gear belt and its contents | 10/16/23 | 10/16/23 | Neville Arthur | |
| 306 | Green/tan vest and its content | | | | |
| 307 | Guardians of Freedom material and folder | 10/16/23 | 10/16/23 | Neville Arthur | |
| 308 | Various Patches (Guardians of Freedom, American Flag, and 3 Percenter) | 10/16/23 | 10/16/23 | Neville Arthur | |
| 309 | Green and black scarf | | | | |
| 310 | Brown Ledger and its contents | | | | |
| 311 | *Intentionally Blank* | | | | |
| 312 | Black neck scarf/gaiter | | | | |
| 313 | Gray/tan scarf | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **500 Series – Other Evidence** | | | | |
| 501 | Hilton Records and Certificate of Authenticity – Redacted for PII | 10/16/23 | 10/16/23 | Neville Arthur | |
| 502 | Google Aerial Photo of Capitol | | | | |
| 503 | 3D rendering of US Capitol grounds aerial | | | | |
| 504 | 3D Rendering of US Capitol, Peace Circle | | | | |
| 505 | 3D rendering of US Capitol, NW lawn to tunnel | | | | |
| 506 | Head of State Notice Email | | | | |
| 507 | Evacuation of VP Video | | | | |
| 508 | Map of 2nd Floor of US Capitol | | | | |
| 509 | Map of Restricted Perimeter | 10/16/23 | 10/16/23 | George McCree | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 510 | Capitol Photo with Fencing | 10/16/23 | 10/16/23 | George McCree | |
| 511 | US Capitol Map with Labels | 10/16/23 | 10/16/23 | George McCree | |
| 512 | West Front Timelapse Video | | | | |
| 513 | 3D rendering of West Front view looking from West to East straight on | 10/16/23 | 10/16/23 | George McCree Henry Foulds | |
| 514 | 3D rendering NW plaza aerial | | | | |
| 515 | Video of VP Pence Motorcade | | | | |
| 516 | West Front USCP Compilation Video | 10/16/23 | 10/16/23 | George McCree | |
| **600 Series – Stipulations** | | | | | |
| 601 | First Set of Stipulations 9/7/23 – Certification of Electoral College Vote, Riot Shields, Interstate Commerce, and Federally Protected Function | | 10/16/2023 | | |
| 602 | Second Set of Stipulations 9/21/23 – Mr. Crowley's Phone, Mr. Crowley's Social Media, CAST Report | | 10/16/2023 | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 603 | Third Set of Stipulations 9/27/23 – Business Records | | 10/16/2023 | | |
| 604 | Fourth Set of Stipulations 10/13/23 – Use of Annotated Video and Phone Messages | | 10/16/2023 | | |
| 605 | Fifth Set of Stipulations 10/14/23 – Testimony of Inspector Lanelle Hawa | | 10/16/2023 | | |

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:

/s/ Holly F. Grosshans
Holly F. Grosshans
Assistant United States Attorney
D.C. Bar No. 90000361
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6737
Holly.Grosshans@usdoj.gov

/s/ Joshua Ontell
Joshua Ontell
Assistant United States Attorney
VA Bar No. 92444
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7706
Joshua.ontell@usdoj.gov

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA
VS.
JOHN EDWARD

Civil/Criminal No. 23-cr-45-2 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT ~~INTO~~ ~~JURY~~ (date & time) |
|---|---|---|---|---|---|
| 203.4R | Image | 10/16/2023 | 10/16/2023 | Neville Arthur | |
| 203.9 | Image | 10/16/2023 | 10/16/23 | Neville Arthur | |
| 203.2 | Image | 10/16/2023 | 10/16/2023 | Neville Arthur | |
| 204.11 | Image | 10/17/2023 | --- | John Edward Crowley | |