# UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**
Plaintiff,

vs.

Case No.: **23-CR-45-2 (TNM)**

**JOHN EDWARD CROWLEY**
Defendant.

## COUNSELS' ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy and have agreed on the exhibits that shall be submitted to the Court.

_____          10/17/23
COUNSEL FOR GOVERNMENT                    DATE

_____          10/17/23
COUNSEL FOR DEFENDANT                     DATE