UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>v.<br><br>**JOHN EDWARD CROWLEY**,<br><br>Defendant. | Case No. 1:23-cr-0045-2 (TNM) |

For the reasons stated in the oral ruling on October 18, 2023, based on the evidence presented in the record, the Court finds the defendant, John Edward Crowley, **GUILTY** beyond a reasonable doubt on the following charges in the Indictment, ECF No. 55:

As to Count 1, the charge of committing or attempting to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the performance of his official duties, incident to and during the commission of a civil disorder which in any way obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function, in violation of 18 U.S.C. § 231(a)(3);

As to Count 3, the charge of knowingly entering and remaining in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so, in violation of 18 U.S.C. § 1752(a)(1);

As to Count 6, the charge of knowingly and with the intent to impede and disrupt the orderly conduct of Government business and official functions, engaging in disorderly and disruptive conduct in and within such proximity to a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its

grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, in violation of 18 U.S.C. 1752(a)(2);

As to Count 12, the charge of willfully and knowingly obstructing, and impeding passage through and within, the United States Capitol Grounds and any of the Capitol Buildings, in violation of 40 U.S.C. § 5104(e)(2)(E).

However, for the reasons stated in the oral ruling on October 18, 2023, based on the evidence presented in the record, the Court finds the defendant, John Edward Crowley, **NOT GUILTY** on Count 2, the charge of theft of a United States Capitol Police riot shield in violation of 18 U.S.C. 641, and Count 9, the charge of knowingly engaging in any act of physical violence against any person or property within the United States Capitol and its grounds, in violation of 18 U.S.C. § 1752(a)(4).

**SO ORDERED.**

Dated: October 18, 2023                                     TREVOR N. McFADDEN, U.S.D.J.