December 1, 2023

Bryan Green
3810 Tropical Terrace
Jacksonville Beach, Florida  32250

The Honorable Trevor Mc Fadden
US District Court for the District of Columbia
333 Constitution Avenue NW
Washington DC 20001

Judge Mc Fadden,

    I Met Ed at University of Florida during Architecture school, over 20 years ago.  He was a unique individual since he was older than me (and I went a few years after high school than most), so I was intrigued by that motivation he had to dedicate himself to such a rigorous profession at his stage in life.  The first instance where I knew Ed had a defining loyalty and unwavering faith was during our first summer at UF.  We all had been exposed to the grueling task of what it means to make it through" boot camp" of UF School of "Archi-*torture*".   I truly struggled and he constantly helped not only me in having a great spirit to be uplifting and positive, but I admired his kindness to others in his own way to uplift morale in the face of an ever-existing cloud to want to "quit", versus continue when the odds were stacked against us.  I believe Ed's motivation and his underlying personality to have a passion towards his goals and humanity are a very special quality and we need more of this spirit today in our world.

Sincerely,

Bryan Green

1