December 10, 2023

Judge Trevor McFadden

United States District Court for the District of Columbia

Re: Letter of Character for Mr. Edward Crowley

Dear Judge McFadden,

I am writing to you regarding my son in law Edward Crowley. I am proud to be Edwards mother-in-law and I see Edward to be a kind, thoughtful and good member of society. I was surprised when I found out about his participation in the January 6th melee in Washington D.C. as this was not in his character.

I believe he, like so many others that made poor fateful decisions that day, now regret their participation in the manipulated mob frenzied event that has changed their lives now and in the future. Edward is a great person who is active in his church, helps others when needed and a good member of society.

Due to his participation on January 6, Edward has had to make many changes to his life and I know he regrets that decision now. I believe for him to be a contributing member of his church and society and to share his experiences to help others, he needs to be free to do that. I hope you will take Edward's positive history into account and allow him to move forward with his life.

Thank You,

*Susan Acharekar*