UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOHN EDWARD CROWLEY**<br><br>**Defendant.** | Case No. 23-CR-45 (TNM) |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
## PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video and audio clips that were provided to defense counsel on January 12, 2024 via USAfx, and to the Court on January 17, 2024 via USB drive, in connection with the government's sentencing memorandum (ECF No. 130). These exhibits will be offered into evidence during the sentencing hearing scheduled for January 19, 2024. As video and audio clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. Government Sentencing Exhibit 1 is an annotated clip of U.S. Capitol Police ("USCP") surveillance footage from the Lower West Terrace Tunnel (the "Tunnel"), which was admitted into evidence at trial as Government Trial Exhibit 101A.2. The clip is 20 minutes and 49 seconds long and covers the period of approximately 3:49 to 4:09 p.m. EST on January 6, 2021. The relevant portions of the clip are from 1:38 to 2:05 elapsed (Heave-Ho Push #1), from 2:30 to 2:47 elapsed (Heave-Ho Push #2), from 8:45 to 9:25 elapsed (Heave-Ho Push #3), from 12:00 to 12:40 elapsed (Crowley pushing against the police line), from 14:40 to 15:20 elapsed (Crowley pushing against the police line).

2. Government Sentencing Exhibit 2 is an annotated clip of USCP CCTV surveillance footage synched with officer body-worn camera from the Tunnel, which was admitted into evidence at trial as Government Trial Exhibit 118A.1. The clip is 3 minutes and 3 seconds long and covers the period of approximately 3:55 p.m. to 3:58 p.m. EST on January 6, 2021. The relevant portions are from 0:00 to 1:00 elapsed (Crowley witnessing assault), from 1:10 to 1:30 elapsed (Crowley pushing against the police line), and from 1:40 to 2:03 elapsed (Crowley supporting rioter on his shoulders).

3. Government Sentencing Exhibit 3 is an annotated clip from officer body-worn camera in the Tunnel, which was admitted into evidence at trial as Government Trial Exhibit 102A.2. The clip is 6 minutes and 42 seconds long and covers the period of approximately 4:03 p.m. to 4:09 p.m. EST on January 6, 2021. The relevant portions are from 2:28 to 4:15 elapsed (Crowley pushing against MPD Officer H.F.) and from 5:30 to 5:45 elapsed (Crowley passing a police riot shield).

4. Government Sentencing Exhibit 4 is an annotated clip from USCP CCTV surveillance footage in the Tunnel, which was admitted into evidence at trial as Government Trial Exhibit 101A.3. The clip is 4 minutes long and covers the period of approximately 4:15 p.m. to 4:20 p.m. EST on January 6, 2021. The relevant portion is from 2:45 to 3:45 elapsed (Heave-Ho Push #4).

5. Government Sentencing Exhibit 5 is an FBI audio recording from the defendant's arrest on August 24, 2022. The clip is approximately 4 minutes and 49 seconds long. The relevant portion of the audio clip is from 1:40 to 3:45 elapsed time.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    /s/ *Jake E. Struebing*
                JAKE E. STRUEBING
                Assistant United States Attorney
                United States Attorney's Office for the District of Columbia
                601 D Street NW
                Washington, D.C.
                (202) 252-6931
                jake.struebing@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on January 17, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification to all counsel of record.

BY: */s/ Jake E. Struebing*
JAKE E. STRUEBING
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C.
(202) 252-6931
jake.struebing@usdoj.gov